UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LARRY  FERRELL, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:18-CV-198 |
| | § | |
| AUDREY GOSSETT LOUIS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## OPINION AND ORDER OF TRANSFER

This is a civil rights action filed by Plaintiff Larry Ferrell, who is currently assigned to the Garza East Unit in Beeville, Texas.  Plaintiff sues Wilson County District Attorney Audrey Gossett Louis and Albert L. Rodriguez, an attorney who practices in San Antonio, Texas.  Plaintiff's claims arise in connection with his criminal proceedings in Wilson County, Texas.

A civil action wherein jurisdiction is not founded solely on diversity of citizenship may be brought in (1) a judicial district where any defendant resides, if all defendants reside in the same state, or (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.  28 U.S.C. § 1391(b).  In addition, for the convenience of parties and witnesses, and in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought.  28 U.S.C. § 1404(a).

Defendant Louis resides in Wilson County.  Defendant Rodriguez appears to reside in San Antonio, which is located in Bexar County.  The events forming the basis of

Plaintiff's complaint occurred in Wilson County. (D.E. 1). Both Bexar County and Wilson County are located in the San Antonio Division of the Western District of Texas. 28 U.S.C. § 124(d)(4). There is no nexus to the Corpus Christi Division of the Southern District of Texas. The interests of justice, therefore, would be served by a transfer to the San Antonio Division of the Western District of Texas.

Accordingly, IT IS ORDERED that this case be TRANSFERRED to the United States District Court for the Western District of Texas, San Antonio Division.

ORDERED this 16th day of July, 2018.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE